**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IRIS HRONN HLYNSDOTTIR, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 5:25-cv-05498-JMG |
| | : | |
| JASON W RUDOLPH, M.D., *et al.* | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this   11ᵗʰ      day of February, 2026, upon consideration of Defendants'

Motion to Partially Dismiss Plaintiff's Complaint (ECF No. 15), Stipulation Among Counsel as to

Plaintiff's Complaint (ECF No. 16), and Plaintiff's Opposition (ECF No. 17), **IT IS HEREBY**

**ORDERED** as follows:

1.      Defendants' Motion for More Definite Statement or Strike Paragraphs 5, 7 and 51

(ECF No. 15) is **DENIED** as moot.

2.      Defendants' Motion to Dismiss Count V of the Complaint (ECF No. 15) is

**GRANTED**.

3.      Count V of the Complaint (ECF No. 1) is **DISMISSED without prejudice**.

4.      Plaintiff **SHALL** have leave to file an amended complaint by no later than

**February 25, 2026.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge